UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


VESSEL MANAGEMENT SERVICES,
INC.,

       Plaintiff,

v.                                  Case No: 8:22-cv-210-VMC-JSS

LORI LYNN, INC. and THE F/V
MASTER BREN,

       Defendants.
_____/

**ORDER DIRECTING THE ISSUANCE OF**
**THE PROCESS OF ATTACHMENT AND GARNISHMENT**

      Pursuant to Supplemental Rule (B)(1), Local Rule 1.03(a), and Section 2(b)(1)

of the Admiralty and Maritime Practice Manual of the United States District Court

for the Middle District of Florida, the Clerk is directed to issue the summons and

process of attachment and garnishment in the above-styled action.

      **DONE** and **ORDERED** in Tampa, Florida, on February 3, 2022.


_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE


Copies furnished to:
Counsel of Record
Unrepresented Parties