UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VESSEL MANAGEMENT SERVICES, INC.,

    Plaintiff,

v.                                  Case No: 8:22-cv-210-VMC-JSS

LORI LYNN, INC. and THE F/V MASTER BREN,

    Defendants.
_____/

**ORDER ALLOWING SUBSTITUTE CUSTODIAN**

THIS MATTER is before the Court on Vessel Management Services, Inc. ("VMS") Motion to Allow Substitute Custodian. (Dkt. 25.) VMS moves to allow its substitute custodian, International Ship Repair & Marine Services, Inc. ("ISR") to relocate the MASTER BREN. Upon consideration, the Motion is granted. ISR may relocate the MASTER BREN to ISR's facilities for safekeeping, security, maintenance, and care.

**DONE** and **ORDERED** in Tampa, Florida, on February 3, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties