UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VESSEL MANAGEMENT
SERVICES, INC.

    Plaintiff,

CASE NO. 8:22-CV-210-VMC-JSS

v.

LORI LYNN, INC. and THE F/V
MASTER BREN, IMO NO. 7437446,
OFFICIAL NO. 548481,

    Defendants.
_____X

## NOTICE OF APPEARANCE

Notice is hereby given that David F. Pope, Esq., Banker Lopez Gassler P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, enters his appearance as counsel of record for the Defendant, LORI LYNN, INC., in the above-styled cause. Please provide a copy of all further pleadings, correspondence, etc. to him.

    Respectfully submitted,

    *David J. Pope*
    David F. Pope – FBN 164452
    BANKER LOPEZ GASSLER P.A.
    501 E. Kennedy Blvd., Suite 1700
    Tampa, FL 33602
    Telephone: (813) 221-1500
    Facsimile: (813) 222-3066
    Email: Service-dpope@bankerlopez.com
    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 9, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____
David F. Pope – FBN 164452