UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VESSEL MANAGEMENT SERVICES,
INC.,

     Plaintiff,

v.                                       Case No: 8:22-cv-210-JSS

LORI LYNN, INC. and THE F/V
MASTER BREN, IMO NO. 7437446,
OFFICIAL NO. 548481,

     Defendants.
_____/

## ORDER

The court has been notified by the Mediation Report (Dkt. 48) that the above-styled action has been settled. Accordingly, pursuant to Middle District of Florida Local Rule 3.09(b), this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose <u>or</u> for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are **DENIED** as moot and the Clerk is **DIRECTED** to terminate all deadlines and close this case.

**ORDERED** in Tampa, Florida on June 14, 2022.

_____
JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record