UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**"IN ADMIRALTY"**

VESSEL MANAGEMENT SERVICES, Inc.,

    Plaintiff,                                                   CASE NO. 8:22-cv-210-JSS

v.

the F/V MASTER BREN,
IMO No. 7437446, Official No. 548481,
her engines, tackle, equipment, furniture,
appurtenances, etc., *in rem*,
LORI LYNN, INC.,
a Mississippi corporation

    Defendant.
_____/

**AMENDED JOINT MOTION TO REOPEN CASE
AND TO RELEASE FUNDS (PLUS INTEREST IF ANY) TO PLAINTIFF
VESSEL MANAGEMENT SERVICES, INC'S ATTORNEY'S TRUST ACCOUNT**[1]

Pursuant to a settlement between the parties, plaintiff Vessel Management Services, Inc. ("Vessel Management") and the defendants Lori Lynn, Inc. and the F/V MASTER BREN and the F/V KRISTA LYNN, *in rem*, ("Lori Lynn") jointly move this District Court to reopen this case and release the funds (and interest, if any) presently in the registry of the court to the trust account of Vessel Management Services, Inc.'s attorneys, Lau, Lane, Pieper, Conley & McCreadie, P.A.

**MEMORANDUM**

In support, Vessel Management and Lori Lynn state:

1.       This case was filed on January 26, 2022.

---

[1] The amendment adds the request for interest, if any, from the sale proceeds.

1

2. Pursuant to an order of this District Court, the MASTER BREN was arrested on January 26, 2022.

3. Vessel Management filed an amended complaint on January 31, 2022.

4. Vessel Management filed a motion for an order for the sale of the F/V MASTER BREN on March 11, 2022 and a renewed motion for order of sale on March 28, 2022.

5. The District Court granted the motion for order of sale on April 14, 2022.

6. The F/V MASTER BREN was sold on May 5, 2022 for $49,000.

7. The sale proceeds were received by the U.S. Marshal.

8. The Confirmation of Sale was filed by the Clerk on May 10, 2022.

9. This case was settled at mediation on June 13, 2022.

10. Part of the settlement entitled Vessel Management to receive the F/V MASTER BREN sale proceeds.

11. This case was dismissed without prejudice by this District Court on June 14, 2022 with sixty days to move to reopen the case. Vessel Management and Lori Lynn do not want to miss that date.

12. This District Court ordered the Clerk to accept the amount tendered from the sale of the F/V MASTER BREN and place it in an interest-bearing account on July 5, 2022.

13. Vessel Management and Lori Lynn understand that the U.S. Marshal transferred the sale proceeds to the Clerk on June 27, 2022. The receipt of the funds was docketed July 25, 2022.

14. Vessel Management and Lori Lynn request that the District Court reopen this case and discharge $49,000 (plus interest, if any) currently in the registry of the court to the

Lau, Lane, Pieper, Conley & McCreadie, P.A. Trust Account

    15.    Lau, Lane, Pieper, Conley & McCreadie, P.A.'s address is listed below.

    16.    Once the transfer is complete, Vessel Management and Lori Lynn will file a joint stipulation for dismissal with prejudice.

Respectfully Submitted,

| Date: July 26, 2022 | Date: July 26, 2022 |
|---|---|
| **/s/ David F. Pope** | **/s/ David W. McCreadie** |
| DAVID F. POPE | DAVID W. McCREADIE |
| Florida Bar No. 164452 | Florida Bar No. 308269 |
| BANKER LOPEZ GASSLER P.A. | LAU, LANE, PIEPER, CONLEY |
| 501 E. Kennedy Blvd. | & McCREADIE, P.A. |
| Suite 1700 | 100 South Ashley Drive, Suite 1650 |
| Tampa, FL 33602 | Tampa, Florida 33602 |
| Telephone: (813) 221-1500 | Telephone No.: (813) 229-2121 |
| Facsimile: (813) 222-3066 | Facsimile No.: (813) 228-7710 |
| Email: Service-dpope@banker1opez.corn | Email: dmccreadie@laulane.com |
| Attorneys for Defendants | Attorneys for Plaintiff |

## **CERTIFICAT OF SERVICE**

I HEREBY CERTIFY that the foregoing was filed on July 26, 2022 with the Clerk of Court using the CM/ECF system.

                                          **/s/ David W. McCreadie**
                                          DAVID W. McCREADIE
                                          Florida Bar No. 308269