UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VESSEL MANAGEMENT SERVICES,
INC.,

    Plaintiff,

v.                                                                                                               Case No: 8:22-cv-210-JSS

LORI LYNN, INC. and THE F/V
MASTER BREN, IMO NO. 7437446,
OFFICIAL NO. 548481,

    Defendants.
_____/

## ORDER

    The parties have filed an Amended Joint Motion to Reopen Case and to Release Funds (Plus Interest if Any) to Plaintiff's Attorney's Trust Account. (Motion, Dkt. 53.)[1] In the Motion, the parties jointly move to reopen the case and for an order directing the release of funds (and interest, if any) presently in the registry of the court to the trust account of Plaintiff's attorneys, Lau, Lane, Pieper, Conley & McCreadie, P.A. (*Id.*) Upon consideration, the Motion is granted.

    On April 14, 2022, the court granted Plaintiff's Motion for Interlocutory Sale of the F/V MASTER BREN (Dkt. 35), and directed that the United States Marshal conduct the sale in accordance with the United States District Court Middle District

---

[1] The parties initially moved to reopen the case and disburse funds on July 25, 2022. (Dkt. 51.) With the present Motion, the parties amended their original motion to include a request for interest, if any, from the sale proceeds. (Dkt. 53 at 1, n.1.) The court resolves both motions here.

of Florida Admiralty and Maritime Practice Manual. (Dkt. 43.) The sale was completed on May 5, 2022. (Dkt. 47.) On June 13, 2022, the parties informed the court that they had reached a full settlement of this matter. (Dkt. 48.) On June 14, 2022, the court entered an order dismissing the case without prejudice, subject to the parties' rights to, within 60 days, submit a stipulated form of final order or judgment or move to reopen the action. (Dkt. 49.) The case was administratively closed. (*Id.*)

On July 5, 2022, the court directed the clerk to accept the amount tendered for the sale of the F/V MASTER BREN and place it in an interest-bearing account. (Dkt. 50.) Per the court's order, the clerk accepted the amount tendered for the sale, $49,000, and placed it into an interest-bearing account in the court's registry, as of June 27, 2022. (Dkt. 52.)

The parties now request an order reopening the case and directing that the clerk discharge $49,000 (plus interest, if any) currently in the registry of the court to Plaintiff's attorney's trust account. (Dkt. 53 at 2–3.) The parties represent that as part of the settlement in this matter, Plaintiff is entitled to receive the proceeds from the sale of the F/V MASTER BREN. (Dkt. 53 at 2.) The parties further represent that once the transfer is complete, they will file a joint stipulation for dismissal of this matter with prejudice. (Dkt. 53 at 3.)

As all claims have been amicably resolved and a settlement reached in this matter, it is **ORDERED**:

1. The parties' Amended Joint Motion to Reopen Case and to Release Funds (Plus Interest if any) to Plaintiff's Attorney's Trust Account (Dkt. 53) is **GRANTED**.

2. The clerk is directed to administratively re-open the case.

3. The clerk is further directed to issue a check in the amount of $49,000 plus any applicable interest payable to the Lau, Lane, Pieper, Conley & McCreadie, P.A. Trust Account, deliverable to David W. McCreadie, Esq., Lau, Lane, Pieper, Conley & McCreadie, P.A., 100 South Ashley Drive, Suite 1650, Tampa, FL 33602.

4. The parties' original Joint Motion to Reopen the Case and Release Funds to Plaintiff's Attorney's Trust Account (Dkt. 51) is **DENIED** as moot.

**ORDERED** in Tampa, Florida, on August 8, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record