UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VESSEL MANAGEMENT SERVICES,
INC.,

    Plaintiff,

v.                                              Case No: 8:22-cv-210-JSS

LORI LYNN, INC. and THE F/V
MASTER BREN, IMO NO. 7437446,
OFFICIAL NO. 548481,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Joint Stipulation for Dismissal with Prejudice and stipulate to dismissing the action with prejudice, with each party to bear their own attorneys' fees and costs. (Dkt. 56.) In accordance with the stipulated dismissal and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is **ORDERED**:

1. The case is **DISMISSED with prejudice** and each party shall bear their own attorneys' fees and costs.

2. The clerk is directed to terminate any pending motions and deadlines and close this case.

**ORDERED** in Tampa, Florida, on August 29, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record